UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

**RANDALL R. ALTON**,

    **Plaintiff,**

v.

**MIKE LANE**, *Individually and in his official capacity* **and CITY of CARLYLE, ILLINOIS,** *a municipal corporation,*

    **Defendants.**                                No. 12-cv-724-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on December 20, 2012, this case is **DISMISSED** with prejudice.

                                                      **NANCY J. ROSENSTENGEL,**
                                                      **CLERK OF COURT**

                                                    BY:      /s/*Sara Jennings*
                                                              **Deputy Clerk**

Dated:   February 28, 2013

Digitally signed by David R. Herndon
Date: 2013.02.28 10:43:39 -06'00'

APPROVED:
          CHIEF JUDGE
          U. S. DISTRICT COURT